**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                              415.522.2000

**December 21, 2011**

CASE NUMBER:  CV 10-05774 JCS
CASE TITLE:  THE BOARD OF TRUSTEES-v-KMA CONCRETE CONSTRUCTION

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Saundra B. Armstrong** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/21/11

FOR THE EXECUTIVE COMMITTEE:

_____/s/ Richard W. Wieking_____
                                                            Clerk




NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                               Entered in Computer 12/21/11 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                       Transferor CSA