UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>   Plaintiffs,<br><br>   vs.<br><br>KMA CONCRETE CONSTRUCTION CO., A California Corporation,<br><br>   Defendants. | Case No:  C 10-5774 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Accepting the Report and Recommendation of Magistrate Judge Spero,

IT IS HEREBY ORDERED THAT judgment shall be entered in favor of Plaintiffs in the following amounts:  (1) $25,473.41 in delinquent contributions; (2) $4,350.70 in liquidated damages; (3) $11,678.31 in interest; (4) $9,815.63 in attorneys' fees; and (5) $475.98 in costs.

IT IS SO ORDERED.

Dated:  March 2, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge