BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Telephone (510) 337-1001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>KMA CONCRETE CONSTRUCTION CO., A California Corporation,<br><br>Defendant. | No.   CV 10-5774 SBA<br><br>**[PROPOSED] AMENDED JUDGMENT** |

In accordance with the Court's Order Accepting the Report and Recommendation of Magistrate Judge Spero, IT IS HEREBY ORDERED THAT the Judgment entered on March 2, 2012 is amended as follows:

Judgment shall be entered in favor of Plaintiffs in the following amounts: (1) $25,473.41 in delinquent contributions; (2) $4,350.70 in liquidated damages; (3) $11,678.31 in interest; (4)

[PROPOSED] JUDGMENT
Case No. CV 10-5774 (JCS)
126240/662496

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

$9,815.63 in attorneys' fees; and (5) $475.98 in costs, for a total due and owing of $51,794.03.

    IT IS SO ORDERED.

DATED: 1-16-13

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge

- 2 -

[PROPOSED] -JUDGMENT
Case No. CV 10-5774 (JCS)
126240/662496

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001