1  BARRY E. HINKLE, Bar No. 071223
2  PATRICIA A. DAVIS, Bar No. 179074
   EZEKIEL D. CARDER, Bar No. 206537
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, CA  94501-1091
5  Telephone (510) 337-1001
6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 THE BOARD OF TRUSTEES, in their          ) No.    CV 10-5774 SBA
   capacities as Trustees of the LABORERS   )
11 HEALTH AND WELFARE TRUST FUND            )
12 FOR NORTHERN CALIFORNIA; LABORERS )      **[PROPOSED] AMENDED**
   VACATION-HOLIDAY TRUST FUND FOR    )     **JUDGMENT**
13 NORTHERN CALIFORNIA; LABORERS            )
   PENSION TRUST FUND FOR NORTHERN          )
14 CALIFORNIA; and LABORERS TRAINING        )
15 AND RETRAINING TRUST FUND FOR            )
   NORTHERN CALIFORNIA,                     )
16                                          )
                    Plaintiffs,             )
17                                          )
18      v.                                  )
                                            )
19 KMA CONCRETE CONSTRUCTION CO., A         )
   California Corporation,                  )
20                                          )
                    Defendant.              )
21                                          )

22

23      In accordance with the Court's Order Accepting the Report and Recommendation of

24 Magistrate Judge Spero, IT IS HEREBY ORDERED THAT the Judgment entered on March 2,

25 2012 is amended as follows:

26      Judgment shall be entered in favor of Plaintiffs in the following amounts: (1) $25,473.41 in

27 delinquent contributions; (2) $4,350.70 in liquidated damages; (3) $11,678.31 in interest; (4)

28

[PROPOSED] JUDGMENT
Case No. CV 10-5774 (JCS)
126240/662496

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 2 -

$9,815.63 in attorneys' fees; and (5) $475.98 in costs, for a total due and owing of $51,794.03.

    IT IS SO ORDERED.

DATED:  1-16-13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

[PROPOSED] -JUDGMENT
Case No. CV 10-5774 (JCS)
126240/662496